Con RDB-09-1940

1-9-14

ENTERED
FILED
LOGGED
RECEIVED

JAN 14 2014

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
AT BALTIMORE
            BY _____ DEPUTY

Hi,
My name is Raymond Lewis,
And I'm writing with regards
on my "Police Brutality" case
against Justin Stewart.
I haven't been able to receive
my mail on the case
I was a detainee at Baltimore
Central in Sep 9.
When I was assaulted by the
deputies at Balto Station.
The last mail I received
was at 401 E Eager St. Stating
the case will be following it
thru.
Raymond Lewis
vs
Justin Stewart

Raymond Lewis #
0575
MSD # 1940-09
Willie Peace